**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AMANDA FLOOD, HOPE LAFRAZIA,
MICHELLE LYNN, KATIE SOROKA,
and CANDICE WIESNER,

     Plaintiffs,

v.                                  CASE NO:  8:10-cv-2230-T-26AEP

ROCK 'N MASSAGE, INC. and
ROCK'N MASSAGE, TAMPA, INC.,

     Defendants.

_____/

# O R D E R

Pending before the Court is Defendant's motion to dismiss Plaintiffs' complaint. or

alternative motion for more definite statement, filed in state court pursuant to Rule 1.140

of the Florida Rules of Civil Procedure prior to removal of this case to federal court based

on federal question jurisdiction in which Defendant principally contends that Plaintiffs

have failed to state claims for relief.  After careful consideration of Plaintiffs' well-

pleaded allegations, which the Court must accept as true at this juncture of the

proceedings, together with the exhibits attached to the complaint, the Court concludes that

Plaintiffs' allegations are more than sufficient to raise a right to relief above the

speculative level and to state plausible claims for relief against Defendant for sexual

harassment and retaliation under the Florida Civil Rights Act and Title VII of the United States Code.  See Sinaltrainal v. Coca Cola Co., 578 F.3d 1252, 1260-61 (11th Cir. 2009) (citing Ashcroft v. Iqbal, 556 U.S. ___, 129 S. Ct. 1937, 1949, 173 L.Ed.2d 868 (2009) and Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 561-62, 570, 127 S. Ct. 1955, 1968-69, 1974, 167 L.Ed.2d 929 (2007)).  Consequently, the Court needs no response from Plaintiffs.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED**:

Defendant's Motion to Dismiss or, Alternatively, for More Definite Statement [Dkt. 3] is **denied**.  Defendant shall file its answer and defenses to Plaintiffs' complaint within ten (10) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on October 6, 2010.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record

-2-